UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TERRI FACCHINI
   Petitioner

v.                                                           3:22CV1621 (JAM)

RESURGENT CAPITAL SERVICES, LP,
LVNV FUNDING LLC
   Respondents

## J U D G M E N T

This matter came on before the Honorable Jeffrey Alker Meyer, United States District Judge, as a result of defendants' Motion to Dismiss (Doc. #17).

The Court has reviewed all of the papers filed in conjunction with the Motion and on June 28, 2023, entered a Ruling granting the defendants' Motion to Dismiss.

Therefore, it is ORDERED, ADJUDGED, and DECREED that judgment is entered for the defendants, and against the plaintiff in accordance with the court's Ruling, and the case is closed.

Dated at New Haven, Connecticut, this 3rd day of July 2023.

                                                                         Dinah Milton Kinney, Clerk

                                                                 By   /s/ Diahann Lewis
                                                                         Deputy Clerk

Entered on Docket 7/3/2023